IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | : | |
| | : | |
| OXLEY DEVELOPMENT COMPANY , LLC, | : | Chapter 11 |
| | : | |
| Debtor. | : | Case No. 12-69799-jrs |
| | : | |
| | : | |
| GERMAN AMERICAN CAPITAL CORPORATION, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Adversary No. 12-05568-jrs |
| | : | |
| OXLEY DEVELOPMENT COMPANY, LLC, CARL M. ("CHIP") DRURY, III, TIDEWATER PLANTATIONS, INC., DUCK POINT, LLC, and MARITIME FORESTS HOLDINGS, LLC | : | |
| | : | |
| Defendants. | : | |

### NOTICE OF DEPOSITION OF CARL M. ("CHIP) DRURY, III

TO:  Carl M. ("Chip") Drury, III
c/o Will B. Geer
Law Office of Will B. Geer
1069 Spring Street., NW
Suite 200
Atlanta, Georgia 3009

**PLEASE TAKE NOTICE** that, pursuant to Federal Rule of Civil Procedure 30 (as incorporated by Federal Rule of Bankruptcy Procedure 7030), Plaintiff German American Capital Corporation will take the deposition of Carl M. ("Chip") Drury, III in the above-captioned civil action, upon oral examination, recorded by stenographic, before an officer authorized by law to administer oaths, on March 20, 2013, at the offices of Seyfarth Shaw LLP,

15322995v.1

1075 Peachtree Street, Suite 2500, Atlanta, GA  30309, beginning at 9:00 A.M. or at such other time and location as may be agreed to by the parties.  The deposition will continue until completed, subject to such adjournment as may be agreed by the parties.

Dated: February 27, 2013.

Respectfully submitted,

**SEYFARTH SHAW LLP**

/s/ Shuman Sohrn_____
Paul Baisier (Ga. Bar No. 032825)
Shuman Sohrn (Ga. Bar No. 143104)
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
404-885-6715
404-885-6779 (FAX)
pbaisier@seyfarth.com
ssohrn@seyfarth.com

*Attorneys for Plaintiff*

15322995v.1

# CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2013, I caused the foregoing *NOTICE OF DEPOSITION OF CARL M. ("CHIP") DRURY, III* to be electronically filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record: Will B. Geer, Law Office of Will B. Geer, LLC, 1069 Spring St., NW, Suite 200, Atlanta, Georgia 30309. I hereby further certify that I caused a true and correct copy of same to be mailed to the Will Geer at the above address, postage prepaid.

**SEYFARTH SHAW LLP**

/s/ Shuman Sohrn_____
Shuman Sohrn (Ga. Bar No. 143104)
1075 Peachtree Street, Suite 2500
Atlanta, Georgia 30309
404-885-6715
404-885-6779 (FAX)
ssohrn@seyfarth.com

15322995v.1